# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Atlantic Wind, LLC | : | |
| | : | **CASES CONSOLIDATED** |
| v. | : | |
| | : | |
| Zoning Hearing Board of Penn Forest Township | : | |
| | : | |
| Bethlehem Authority | : | |
| | : | |
| v. | : | |
| | : | |
| Zoning Hearing Board of Penn Forest Township | : | |
| | : | |
| Appeal of: Bethlehem Authority | : | No. 585 C.D. 2020 |
| | : | |
| | : | |
| Atlantic Wind, LLC, | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| Penn Forest Township Zoning Hearing Board | : | No. 591 C.D. 2020 |
| | : | |
| | : | |
| Bethlehem Authority | : | |
| | : | |
| v. | : | |
| | : | |
| Penn Forest Township Zoning Hearing Board | : | |
| | : | |
| Appeal of: Atlantic Wind, LLC | : | No. 20 C.D. 2021 |

Bethlehem Authority,                    :
                           Appellant    :
                                        :
            v.                          :
                                        :
The Zoning Hearing Board of             :
Penn Forest Township                    :        No. 242 C.D. 2021

**PER CURIAM**                    **O R D E R**

NOW, March 7, 2022, having considered Appellee Penn Forest Township's and "42 Intervenors'" applications for reargument, and Appellant's answers in response thereto, the applications are denied.